# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

CAROLYN WHEATLEY,

       Plaintiff,

v.

LUCKY 7 FOOD & FUEL, INC. and
MAZEN ABDALLAH, individually,

       Defendants.

Case No.: 2:09-cv-02325-cgc

JURY DEMANDED

## ORDER SETTING TRIAL AND PRETRIAL DATES

Pursuant to Local Rule 72.1(f), a Rule 16(b) Scheduling Order was entered by this Court on November 10, 2009. In accordance with the deadlines established in that order, trial and pretrial dates are set as follows:

1. The jury trial in this matter, which is anticipated to last two to three (2-3) days, is set to begin on **Monday, August 23, 2010** at **9:30 a.m.** in Courtroom No. M-3.

2. A pretrial conference is set for **Friday, August 6, 2010** at **9:00 a.m.**

3. The joint pretrial order is due by no later than the close of business on **Monday, August 2, 2010**.

Absent good cause, the dates established by this order shall not be extended or modified.

**IT IS SO ORDERED this 17th day of November, 2009.**

                                  s/ Charmiane G. Claxton
                                  CHARMAINE G. CLAXTON
                                  United States Magistrate Judge